1  John Marshall Collins, P.C.
   John Marshall Collins, Esq.
2  California State Bar No. 053320
   50 W. San Fernando Street, Suite 350
3  San Jose CA 95113
   Email: johnolaw@aol.com
4  (408) 287-9001
   (408) 279-4660 (fax)
5
   Attorney for Defendant
6  Community Housing Developers, Inc.

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Office)

*E-FILED - 9/21/06*

| | |
|---|---|
| Patricia Cardenas, Jose Salaiza, Enrique Salaiza, Maria Araiza, Raul Espinoza and Karina Lomeli, | Case No. C06-04201 RMW |
| Plaintiffs, | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| American Management Services LLC, dba Pinnacle, Community Housing Developers, Inc., and Maria Campos aka Maria Campos Avalos, | |
| Defendants. | |

### ORDER

The Court having reviewed the Stipulation of the parties submitted herewith, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.   The initial Case Management Conference is rescheduled from Friday, October 20, 2006 at 10:30 a.m. in Courtroom 6 to Friday, November 17, 2006 at 10:30 a.m. in Courtroom 6, and

///

///

Stip. to Continue CMC - C06-04201RMW

1    2.    The Joint Case Management Statement must be submitted no later than
2 Thursday, November 9, 2006.
3 Dated: ___9/21/06_____

    /S/ RONALD M. WHYTE _____
    Ronald M. Whyte
    Judge of the United States District Court